```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 08106
   SCOTT D WILSON
   CARRIE L WILSON                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9509      SSN XXX-XX-3280
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/10/06 and confirmed on 01/10/07.

2. The case was dismissed after confirmation, 09/21/2007.

3. The Debtor paid a total of $ 1400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 1089.00 | 31.16 | 484.44 |
| HEIGHTS FINANCE | SECURED | 400.00 | 24.17 | 103.18 |
| ADLER & ADLER | UNSECURED | 11833.37 | .00 | .00 |
| WORLD FINANCE | SECURED | 29.64 | .00 | 29.64 |
| AMERICAN FAMILY FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS POWER | UNSECURED | 320.00 | .00 | .00 |
| BHURJI SINGH MD | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF OTTAWA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED COMMUNICATI | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH R MCEVOY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2358.02 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 380.00 | .00 | .00 |
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT OF ILLI | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 25.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RISK MANAGEMENT ALT/NEXT | UNSECURED | NOT FILED | .00 | .00 |
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 365.97 | .00 | .00 |
| WORLD ACCEPTANCE CORPORA | UNSECURED | 1132.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 156.26 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 978.45 | .00 | .00 |

Summary of disbursements:

---

|                      | SECURED  | PRIORITY | UNSECURED | OTHER  | TOTAL    |
|----------------------|----------|----------|-----------|--------|----------|
| TOTAL CLMS ALLOWED   | 1518.64  | .00      | 17549.07  | .00    | 19067.71 |
| PRINCIPAL PAID       | 617.26   | .00      | .00       | .00    | 617.26   |
| INTEREST PAID        | 55.33    | .00      | .00       | .00    | 55.33    |
| TOTAL PAID           | 672.59   | .00      | .00       | .00    | 672.59   |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   2700.00
and was paid $    750.00  direct and $    669.33   through the plan.

The Trustee received $      58.08 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/18/07                       /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 06 B 08106 SCOTT D WILSON & CARRIE L WILSON